

Illinois   |   New Jersey   |   New York   |   Ohio



**Javier L. Merino, Esq.***

201-355-3440     JMerino@DannLaw.com     216-373-0536
*Direct Telephone*     *Email*     *Fax*

January 24, 2019

<u>*VIA ECF*</u>
Clerk of the Court
U.S. District Court of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

    **Re:**   Ghulyani vs. Carrington Mortgage Services, LLC et al.
           Case No.: 2:18-cv-16511-MCA-LDW

Dear Clerk:

I represent the Plaintiff in the above-referenced matter request. Plaintiff requests an automatic extension pursuant to Local Civ. R. 7.1(d)(5) to file an opposition to Defendant Ocwen Loan Servicing, LLC's Motion to Dismiss the Complaint that was filed on January 9, 2019 (Dkt No. 10) with a Motion Day of February 4, 2019.

The originally noticed Motion Day has not previously been extended or adjourned and this request invokes the provisions of L.Civ.R.7.1(d)(5).  This request was not made before January 21, 2019, the day opposition papers were due, because of confusion on the docket concerning the original opposition date. Docket entry number 10 advised that "[r]esponses due by 2/4/2019".

The new motion day is **February 19, 2019**, with opposition due on or before February 5, 2019.


Respectfully Submitted,

THE DANN LAW FIRM

<u>*/s/ Javier L. Merino*</u>
Javier L. Merino, Esq.

Cc: All Counsel of Record (via ECF)

---

Mailing Address     DannLaw.com     Physical Address
PO Box 6031040     877-475-8100     1 Meadowlands Plaza Suite 252
Cleveland OH  44103     *Licensed in NJ and NY     East Rutherford NJ  07073